NOVEMBER 24, 1914.

*Five per cent discount.*—Lorsch & Co. *et al. v.* United States (1440). Protests 728676/35109 and 734435/4567.

NOVEMBER 30, 1914.

*Canadian wood pulp.*—Graham Paper Co. *v.* United States (1385).

DECEMBER 21, 1914.

*Catalogues.*—Sternberg *v.* United States (1388).

---

## REHEARING DENIED.

NOVEMBER 18, 1914.

*Reappraisement.*—United States *v.* Scanlan (1309).
*Canadian wood pulp.*—United States *v.* Spanish River Pulp Paper Mills Co. (1260).

NOVEMBER 27, 1914.

*Coronation cord.*—Ullman & Co. *v.* United States (1342).